GEORGE E. RALSTON, Appellant, *v.* FIFTH AVENUE BOND AND MORTGAGE COMPANY et al., Defendants, and PHILIP KOLLMER, Respondent.

(Submitted October 22, 1928; decided October 26, 1928.)

*Stoddard B. Colby* for motion.
*M. S. Schoenbaum* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.